**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1823

PAUL YONGO,

                                    Plaintiff - Appellant,

        versus

NATIONWIDE INSURANCE COMPANY; CAROL MARTIN;
RHONDA HOGGE, AIC; NATIONWIDE CLAIMS
DEPARTMENT; NATIONWIDE LOSS ADJUSTERS; SHARRON
STEPHEN-HENLEY; ARTHUR WALTER; NATIONWIDE
AFFINITY INSURANCE COMPANY OF AMERICA;
NATIONWIDE MUTUAL INSURANCE COMPANY; J. CATER
GLASS; LATONYA MICHELE MCNEIL; HAROLD C.
RHUDY,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever III,
District Judge. (5:07-cv-00094)

Submitted:  November 2, 2007          Decided:  November 27, 2007

Before NIEMEYER, KING and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Paul Yongo, Appellant Pro Se.  George Lee Simpson, III, LAW OFFICE
OF GEORGE L. SIMPSON, III, Raleigh, North Carolina; Benjamin E.
Thompson, III, BROUGHTON, WILKINS, SMITH, SUGGS & THOMPSON, PLLC,
Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Yongo seeks to appeal the district court's order denying his appeal of the magistrate judge's order denying various non-dispositive motions in Yongo's civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Yongo seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny his motions for appointment of counsel and for preparation of transcripts at government expense, and we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED